W. T. MURPHY, doing business as MURPHY CONSTRUCTION
Co., *et al.,* v. STATE, for use and benefit of
CURRIE GROCERY CO.

150 So. 603.
Special Division B.
Decision Filed October 17, 1933.

*Giles & Gurney,* for Plaintiffs in Error;

*J. V. Walton,* for Defendant in Error.

PER CURIAM. — This cause having been submitted to
the Court upon the record and briefs and argument of
counsel for the respective parties, and the same having
been duly considered by the Court, and no reversible
error appearing in the record; it is considered, ordered and
adjudged by the Court that the judgment rendered in the
cause is hereby affirmed.

DAVIS, C. J., and WHITFIELD, BROWN and BUFORD, J. J.,
concur.